UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Geospan Corporation, | Court File No. 13-cv-1104 (SRN/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| Pictometry International Corporation, Eagle View Technologies, Inc., and EagleView Technology Corporation, | |
| Defendants. | |

Having considered the parties' Stipulation of Dismissal with Prejudice [Docket No. 101], filed on January 7, 2015,

IT IS HEREBY ORDERED:

The above-captioned action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs incurred in this lawsuit.


Dated: January 8, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge